UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN KIRK MATTHEWS,

    Plaintiff,

v.                                               Case No. 8:23-cv-2277-WFJ-TGW

QUICK FREELANCERS and
JAMIE BAXTER,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's application to proceed *in forma pauperis* (Dkt. 9) and the complaint (Dkt. 1). The United States Magistrate Judge issued a report recommending that the motion be denied without prejudice and that the complaint be dismissed with leave to file an amended complaint. Dkt. 13. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge found that the complaint (Dkt. 1) fails to allege sufficient facts to state claims for either a hostile work environment or retaliation in violation of Title VII of the Civil Rights Act. Dkt. 13 at 2–6. The complaint also fails to comply with the pleading requirements of Federal Rules of Civil Procedure 8(a)(2) and

10(b) as explained. Dkt. 13 at 6–7. After conducting an independent examination of the file, the Court agrees with the well-reasoned Report and Recommendation and rules as follows:

    1. The Report and Recommendation (Dkt. 13) is adopted, confirmed, and approved in all respects and made a part of this order.

    2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 9) is denied without prejudice.

    3. Plaintiff's complaint (Dkt. 1) is dismissed without prejudice. If Plaintiff wishes to proceed, he must file an amended complaint and motion to proceed *in forma pauperis* in accordance with the Report and Recommendation within thirty (30) days. The amended complaint must comply with the Federal Rules of Civil Procedure and set forth the basis for federal jurisdiction supported by factual allegations. If an amended complaint is not timely filed, this case will be dismissed and closed without further notice.

    **DONE AND ORDERED** at Tampa, Florida, on May 8, 2024.

                                                                                                   WILLIAM F. JUNG
                                                           UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Plaintiff, *pro se*