UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN KIRK MATTHEWS,

    Plaintiff,
v.                                                       Case No. 8:23-cv-2277-WFJ-NHA

QWICK FREELANCERS, *et al.*,

    Defendants.
_____/

## ORDER

Before the Court is the United States Magistrate Judge's report recommending that the Second Amended Complaint (Dkt. 28) be dismissed with prejudice (Dkt. 34). The time for filing objections has passed. The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

On January 8, 2025, the Court adopted the first Magistrate Judge's report recommending the dismissal of the first, amended complaint and permitted Plaintiff one final opportunity to plead a viable claim of Title VII retaliation. Dkts. 17, 23, 24, 26. Plaintiff complied and repleaded his complaint. Dkt. 28.

Upon reviewing all the Court's prior recommendations and orders, the Magistrate Judge found that this Second Amended Complaint, again, failed to

allege a claim for retaliation. Dkt. 34. Specifically, the conduct Plaintiff complained about is "entirely unrelated to Plaintiff's—or any other employee's—race, color, religion, sex, or national origin." Dkt. 34 at 8–9. Absent allegations of participation in protected activity—opposing conduct or employment practices violative of Title VII—the operative complaint is insufficient to state a claim for retaliation.

Plaintiff had several attempts to plead a claim. After conducting an independent examination of the file, the Court agrees with the Magistrate Judge's thorough and well-reasoned analysis and rules as follows:

1. The Report and Recommendation (Dkt. 34) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's Second Amended Complaint (Dkt. 28) is dismissed with prejudice. Plaintiff is not permitted to refile an amended complaint.

3. The Clerk is directed to terminate any pending deadlines and close the case.

**DONE AND ORDERED** at Tampa, Florida, on March 31, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE